UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ORANGE TRANSPORTATION SERVICES, INC.,

                        Plaintiff,

vs.

VOLVO GROUP NORTH AMERICA, LLC,

                        Defendant.

**NOTICE OF MOTION**

Civil Action No. 6:19-cv-06289-FPG

      PLEASE TAKE NOTICE that upon the Complaint, the accompanying Declaration of Chad D. Hansen, executed on May 20, 2019 with exhibits attached thereto, the Declaration of Scott Surrett, executed on May 20, 2019, with exhibit attached thereto, and the accompanying Memorandum of Law, Defendant Volvo Group North America, LLC will move this Court before the Honorable Frank P. Geraci, Jr., Chief Judge, at the United States Courthouse, 100 State Street, Rochester, New York, on a date and time to be determined by the Court for an order dismissing this action, with prejudice, pursuant to Rules 9(b), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 7(a) of the Local Rules of Civil Procedure for the United States District Court for the Western District of New York, Defendant intends to file and serve reply papers.

Dated: May 20, 2019 **WARD GREENBERG HELLER & REIDY LLP**

By: s/ Jeffrey J. Harradine

Jeffrey J. Harradine
(jharradine@wardgreenberg.com)
1800 Bausch & Lomb Place
Rochester, New York 14604

**KILPATRICK TOWNSEND & STOCKTON LLP**

Richard J. Keshian
(RKeshian@KilpatrickTownsend.com)
[*pro hac vice* application forthcoming]
Chad D. Hansen
(ChadHansen@KilpatrickTownsend.com)
[*pro hac vice* application forthcoming]
1001 West Fourth Street
Winston-Salem, North Carolina 27101

*Attorneys for Defendant Volvo Group North*