UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ORANGE TRANSPORTATION SERVICES, INC.,

                        Plaintiff,

vs.

VOLVO GROUP NORTH AMERICA, LLC,

                        Defendant.

**NOTICE OF MOTION**

Civil Action No. 6:19-cv-06289-FPG

**PLEASE TAKE NOTICE** that, upon the Declaration of Chad D. Hansen, executed on May 20, 2019, Defendant Volvo Group North America, LLC will move this Court before the Honorable Frank P. Geraci, Jr., Chief Judge, at the United States Courthouse, 100 State Street, Rochester, New York, on a date and time to be determined by the Court, for an order, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, and Local Rule 5.3 of the United States District Court for the Western District of New York, directing that the unredacted Exhibits A through D attached to the Declaration of Chad D. Hansen, which contain confidential financial and other information of Plaintiff Orange Transportation Services, Inc., be placed under seal.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 7(a) of the Local Rules of Civil Procedure for the United States District Court for the Western District of New York, Defendant intends to file and serve reply papers.

Dated: May 20, 2019	**WARD GREENBERG HELLER & REIDY LLP**

By:   s/ Jeffrey J. Harradine

Jeffrey J. Harradine
(jharradine@wardgreenberg.com)
1800 Bausch & Lomb Place
Rochester, New York 14604

**KILPATRICK TOWNSEND & STOCKTON LLP**

Richard J. Keshian
(RKeshian@KilpatrickTownsend.com)
[Application for admission by petition forthcoming]
Chad D. Hansen
(ChadHansen@KilpatrickTownsend.com)
[Application for admission by petition forthcoming]
1001 West Fourth Street
Winston-Salem, North Carolina 27101

*Attorneys for Defendant Volvo Group North America, LLC*