UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ORANGE TRANSPORTATION SERVICES, INC.,

                    Plaintiff,

vs.

VOLVO GROUP NORTH AMERICA, LLC,

                    Defendant.

**ORDER
GRANTING MOTION TO SEAL**

Civil Action No. 6:19-cv-06289-FPG

*FILED MAY 22 2019 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

WHEREAS Defendant Volvo Group North America, LLC has moved for an order, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, and Local Rule 5.3 of the United States District Court for the Western District of New York, directing that certain documents submitted in support of its Motion to Dismiss be filed under seal, and

WHEREAS Volvo has filed complete copies of the documents under seal because Plaintiff requested that Volvo treat these documents as confidential, and

WHEREAS good cause has been shown why the unredacted documents should be placed under seal, and upon due deliberation,

IT IS HEREBY ORDERED that Volvo's Motion to Seal is granted and that Clerk of the Court shall file the following documents under seal:

    a. Exhibit A to the Declaration of Chad D. Hansen, executed on May 20, 2019;

    b. Exhibit B to the Declaration of Chad D. Hansen, executed on May 20, 2019;

    c. Exhibit C to the Declaration of Chad D. Hansen, executed on May 20, 2019; and

    d. Exhibit D to the Declaration of Chad D. Hansen, executed on May 20, 2019;

**IT IS SO ORDERED.**

DATED:     Rochester, New York
                May 21, 2019

_____
Hon. Frank P. Geraci, Jr.
Chief United States District Judge

2